within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2479. In the Matter of Discipline of Irwin B. Seligsohn.**

561 U.S. 1044, 131 S. Ct. 41, 177 L. Ed. 2d 1131, 2010 U.S. LEXIS 5611.

July 26, 2010. Irwin B. Seligsohn, of West Orange, New Jersey, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2480. In the Matter of Discipline of Joseph Nathaniel Baron.**

561 U.S. 1044, 131 S. Ct. 41, 177 L. Ed. 2d 1131, 2010 U.S. LEXIS 5606.

July 26, 2010. Joseph Nathaniel Baron, of Orlando, Florida, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2481. In the Matter of Discipline of Martin Joseph Mickler.**

561 U.S. 1044, 131 S. Ct. 41, 177 L. Ed. 2d 1131, 2010 U.S. LEXIS 5562.

July 26, 2010. Martin Joseph Mickler, of Jacksonville, Florida, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40

**No. D-2482. In the Matter of Discipline of Jeffrey Thomas Kipi.**

561 U.S. 1044, 131 S. Ct. 41, 177 L. Ed. 2d 1131, 2010 U.S. LEXIS 5566.

July 26, 2010. Jeffrey Thomas Kipi, of Oviedo, Florida, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2483. In the Matter of Discipline of Donald F. Mintmire.**

561 U.S. 1044, 131 S. Ct. 42, 177 L. Ed. 2d 1131, 2010 U.S. LEXIS 5613.

July 26, 2010. Donald F. Mintmire, of Palm Beach, Florida, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2484. In the Matter of Discipline of William A. Schainker.**

561 U.S. 1044, 131 S. Ct. 42, 177 L. Ed. 2d 1131, 2010 U.S. LEXIS 5594.

July 26, 2010. William A. Schainker, of Chevy Chase, Maryland, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40